**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 37 EAL 2022
:
     Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
    v. :
:
:
:
GREGORY BRAGG, :
:
    Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 38 EAL 2022
:
     Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
    v. :
:
:
GREGORY BRAGG, :
:
    Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 39 EAL 2022
:
     Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
    v. :
:
:
GREGORY BRAGG, :
:
    Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.